UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11 cv 62399- Zloch

DEERFIELD FLORIDA HOUSE, INC.,
on its own behalf and on behalf of
its patients and residents,

    Plaintiff,

VS.

CITY OF DEERFIELD BEACH,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL

The parties, through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to dismissal of this action with prejudice, with each party bearing its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ James K. Green | / s/ Andrew Maurodis |
| James K. Green, Esq. | Andrew Maurodis, Esq. |
| Florida Bar No: 229466 | City Attorney |
| JAMES K. GREEN, P.A. | City of Deerfield Beach |
| Suite 1650, Esperantè | 710 E. Hillsboro Blvd., Suite 200 |
| 222 Lakeview Ave. | Deerfield Beach, FL 33441 |
| West Palm Beach, FL 33401 | Telephone: 954.429.1440 |
| Telephone: 561.659.2029 | Fascimile:  954.429.1442 |
| Fascimile:  561.655.1357 | andy@maurodislaw.com |
| jameskgreen@bellsouth.net | Florida Bar No.: 259551 |
| | |
| James C. Brady, Esq. | COUNSEL FOR DEFENDANT |
| ARNSTEIN & LEHR LLP | |
| 200 East Las Olas Boulevard | |
| Suite 1700 | |
| Fort Lauderdale, FL 33301-2299 | |
| Telephone: 954.713.7618 | |
| Fascimile:  954.713.7718 | |
| jcbrady@arnstein.com | |
| Florida Bar No.: 154804 | |
| | |
| COUNSEL FOR PLAINTIFF | |