UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62399-CIV-ZLOCH

DEERFIELD FLORIDA HOUSE, INC.

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

CITY OF DEERFIELD BEACH,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation For Dismissal (DE 9) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Stipulation For Dismissal (DE 9) filed herein by all Parties be and the same is approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of May, 2012.

                                                  WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:

All Counsel of Record